UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANTHONY BAKSH

      Vs

THE CITY OF NEW YORK, ET AL.,

AFFIDAVIT OF SERVICE
CASE # 12-CV-2346
Plaintiff

Defendants

County of Kings State of New York I, MAHITIMA BAA being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of Kings

On 5/23/12 11:48 AM at 100 CHURCH STREET, 4th flr. NEW YORK 10007 Deponent served the within SUMMONS AND COMPLAINT on THE CITY OF NEW YORK by delivering a true copy to D. ARONOV an authorized agent.

Deponent knew said Corporation so served to be the Corporation described in same as said recipient and knew said individual to be the officer authorized to accept service on behalf of the Corporation.

A description of the person served is as follows:

Sex **MALE**
Skin/Race: **FAIR**
Color of Hair **BROWN**
Approx. Age **55-60**
Approx. Height **5'8"- 5'10"**
Approx. Wt **165-170 LBS**

MAHITIMA BAA
Process Server's Lic #1156551

Sworn to be fore me on this
25TH day of MAY 2012

NOTARY PUBLIC

SHADAVIA BOYD
Notary Public, State of New York
No. 01BO6220336
Qualified in Bronx County
Commission Expires. April 12, 2014